# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3092

———————

United States of America,

        Appellee,

    v.

William Hansen,

        Appellant.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.
\*
\*      [UNPUBLISHED]
\*

———————

Submitted: August 24, 2007
Filed:  September 14, 2007

———————

Before BYE, RILEY, and MELLOY, Circuit Judges.

———————

PER CURIAM.

William Hansen (Hansen) appeals the 120-month statutory mandatory minimum prison sentence the district court[1] imposed upon his guilty plea to conspiring to distribute and possess with intent to distribute at least 500 grams of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1) and 846.  Hansen's counsel moves to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing Hansen's sentence is unreasonable under United States v. Booker, 543 U.S. 220 (2005).  This argument is

---

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

unavailing.  <u>See</u> <u>United States v. Gregg</u>, 451 F.3d 930, 937 (8th Cir. 2006) (stating "<u>Booker</u> does not relate to statutorily-imposed sentences").

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.  We grant counsel's motion to withdraw, and we affirm.

_____